IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:12-00001 |
| | ) | CHIEF JUDGE HAYNES |
| KELLY WAYNE GASSAWAY, | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing is reset in this action for to **Thursday, August 30, 2012 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the 23rd day of August, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge